MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN 288816)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ALJANON HENRY, <br>     Defendant. | No. CR 13-241 RS <br><br> STIPULATION AND [~~PROPOS~~ED] ORDER GRANTING CONTINUANCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: May 21, 2013 to July 30, 2013 <br> Time: 2:30 p.m. |

On May 21, 2013, the parties made their initial appearance before the Court. The defense requested a continuance to review discovery. The parties jointly requested that the matter be continued until June 25, 2013 and stipulated that the time between May 21, 2013 and June 25, 2013 be excluded from the running of the speedy trial clock for effective preparation of counsel. The Court granted the continuance and ordered that all time between May 21, 2013 and June 25, 2013 be excluded from the running of the speedy trial clock pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

On June 25, 2013, the parties appeared before the Court for status. Defense counsel notified the Court that additional requests have been made for information from the government. The government is in the process of gathering what additional information there is that may be

STIP. & [PROP.] ORD. CONTINUANCE AND EXCLUDING TIME
U.S. v. HENRY; CR 13-241 RS

responsive to the defendant's request. Defense counsel is also continuing to investigate this matter and requested a continuance until July 30, 2013. The parties stipulated, and the Court ordered that the time between June 25, 2013 and July 30, 2013 shall be excluded from the running of the speedy trial clock for effective preparation of counsel as defense counsel continues to investigate the case. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: June 26, 2013.                    MELINDA HAAG
                                         United States Attorney

                                         /s/
                                         _____
                                         BENJAMIN TOLKOFF
                                         Assistant United States Attorney
DATED: June 26, 2013.

                                         /s/
                                         _____
                                         EDWARD HU
                                         Attorney for ALJANON HENRY


    For the reasons stated this matter is continued until July 30, 2013. All time between May 21, 2013 and July 30, 2013 is excluded from the running of the speedy trial clock. Failure to grant this continuance would deny the defendant effective preparation of counsel and outweighs the best interests of the public in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). This time was ordered excluded from the running of the speedy trial clock on May 21, 2013 and June 25 2013. This Order serves to supplement and memorialize the Court's oral orders issued on those dates.

SO ORDERED.

DATED: _7/1_____, 2013.                _____
                                         HONORABLE RICHARD SEEBORG
                                         United States District Court Judge

STIP. & [PROP.] ORD. CONTINUANCE AND EXCLUDING TIME
U.S. v. HENRY; CR 13-241 RS